07cv7032

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_____   12/26/07 |
| 1. Article Addressed to:<br><br>Michael Black<br>11354-424<br>P.O. Box 880<br>Ayers MA 01432 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 9565 3507 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED JAN 02 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

FILED

JAN 02 2008
JAN 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT