UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL BLACK,
  Petitioner,

   -Vs-

UNITED STATES OF AMERICA,
  Respondent.

Civil Action No.: 07-CV-7032
        00-CV-3248

Criminal Action No.; 98-CR-434-9

## NOTICE OF APPEAL

COMES NOW: the pro-se Petitioner, Michael Black, who hereby give Notice to the Above Named Court of the United States of America, his intent to Appeal the "Executive Committee's" Order Filed by the above Named Court of the United States on December 13th in the year 2007.

Dated: this 27th day of December 2007

Respectfully Submitted,

/s/ Michael Black, pro-se
Reg. No.: 11354-424
F.M.C. Devens
P.O. Box 879-P-3
Ayer, Mass. 01432-0879