UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL BLACK,
  Petitioner,

  -Vs-

UNITED STATES OF AMERICA,
  Respondent.

Civil Action No.: 07-CV-7032
         00-CV-3248

Criminal Action No.; 98-CR-434-9

### NOTICE OF APPEAL

COMES NOW: the pro-se Petitioner, Michael Black, who hereby give Notice to the Above Named Court of the United States of America, his intent to Appeal the "Executive Committee's" Order Filed by the above Named Court of the United States on December 13th in the year 2007.

Dated: this 27th day of December 2007

Respectfully Submitted,

/s/ Michael Black, pro-se
Reg. No.: 11354-424
F.M.C. Devens
P.O. Box 879-P-3
Ayer, Mass. 01432-0879

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07 cv 7032

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Michael Black/appellant | | |

(Use separate sheet for additional counsel)

| | PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL |
|---|---|---|---|
| Name | Michael Black | Name | |
| Firm | pro-se  #11354-424 | Firm | |
| Address | Devens - FMC<br>P.O. Box 880<br>Ayers, MA 01432 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Holderman | Date Filed in District Court | 12/13/07 |
| Court Reporter | B. Wilson   X-5771 | Date of Judgment | 12/20/07 |
| Nature of Suit Code | 999 | Date of Notice of Appeal | 1/4/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [X]   IFP [ ]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

APPEAL

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07032
### Internal Use Only

In re: Michael Black  
Assigned to: Executive Committee  
Cause: Civil Miscellaneous Case

Date Filed: 12/13/2007  
Jury Demand: None  
Nature of Suit: 999 Miscellaneous Cases  
Jurisdiction: Federal Question

**In Re**

**Michael Black**         represented by         **Michael Black**  
#11354-424  
Devens - FMC  
P.O. Box 880  
Ayers, MA 01432  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | 1 | EXECUTIVE COMMITTEE ORDER: It appearing that Michael Black has repeatedly ignored orders by the Honorable Milton Shadur to case filings in 98 cr 434; and It is hereby ordered that Michael Black is prohibited from filing documents in 98cr434, 98cr434-9, 00cv3248. It is further ordered that Clerk shall cause a copy of this order to be mailed to Mr. Black at Ayers MA, the address given by Mr. Black in documents received on 11/19/07. Such mailing shall be by certified or registered mail, return receipt requested. Mailed notices by certified mail 7004 2510 0001 9569 3507. Signed by Judge Executive Committee on 12/13/2007. (amb, ) (Entered: 12/20/2007) |
| 12/13/2007 |   | (Court only) ***Miscellaneous Case Terminated. (amb, ) (Entered: 12/20/2007) |
| 01/02/2008 | 2 | RETURN of U.S. Post Office Receipt received on 12/26/07, article number 7004 2510 0001 9569 3507. (mjc, ) (Entered: 01/04/2008) |
| 01/04/2008 | 3 | NOTICE of appeal by Michael Black regarding orders 1 (Fee Due) (dj, ) (Entered: 01/07/2008) |