**FILED**
**JANUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court　　　　　　　　　　　　　　　　　　　　　　(312)435-5850

**To:**　District Court Clerk's Office

**Re:**　Notice of Docketing

　　The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

|  |  |
|---|---|
| Filed on: | 1/8/07 |
| Appellate Court No.: | 08-1049 |
| Short Caption: | IN RE: Michael Black |
| District Court Judge: | Chief Judge Holderman |
| District Court No.: | 07 C 7032 |

　　If you have any questions regarding this appeal, please call this office.

**cc:**　**Court Reporter**