# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07 cv 7032

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| In Re: Michael Black (Appellant) | | |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Michael Black | Name | |
| Firm | PRO SE   #11354-424 | Firm | |
| Address | Devens - FMC<br>P.O. Box 880<br>Ayers, MA 01432 | Address | |
| Phone | N/A | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Holderman | Date Filed in District Court | 12/13/07 |
| Court Reporter | B. Wilson   X 5771 | Date of Judgment | 12/20/07 |
| Nature of Suit Code | 999 | Date of Notice of Appeal | 1/3/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [X]   IFP [ ]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

APPEAL

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07032
## Internal Use Only

In re: Michael Black  
Assigned to: Executive Committee  

Case in other court: 08-01049

Date Filed: 12/13/2007  
Jury Demand: None  
Nature of Suit: 999 Miscellaneous Cases  
Jurisdiction: Federal Question  

Cause: Civil Miscellaneous Case

**In Re**

**Michael Black**  represented by  **Michael Black**  
#11354-424  
Devens - FMC  
P.O. Box 880  
Ayers, MA 01432  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | 1 | EXECUTIVE COMMITTEE ORDER: It appearing that Michael Black has repeatedly ignored orders by the Honorable Milton Shadur to case filings in 98 cr 434; and It is hereby ordered that Michael Black is prohibited from filing documents in 98cr434, 98cr434-9, 00cv3248. It is further ordered that Clerk shall cause a copy of this order to be mailed to Mr. Black at Ayers MA, the address given by Mr. Black in documents received on 11/19/07. Such mailing shall be by certified or registered mail, return receipt requested. Mailed notices by certified mail 7004 2510 0001 9569 3507. Signed by Judge Executive Committee on 12/13/2007. (amb, ) (Entered: 12/20/2007) |
| 12/13/2007 |   | (Court only) ***Miscellaneous Case Terminated. (amb, ) (Entered: 12/20/2007) |
| 01/02/2008 | 2 | RETURN of U.S. Post Office Receipt received on 12/26/07, article number 7004 2510 0001 9569 3507. (mjc, ) (Entered: 01/04/2008) |
| 01/03/2008 | 9 | LETTER from Michael Black dated 12/27/07. (air, ) (Entered: 01/14/2008) |

| | | |
|---|---|---|
| 01/03/2008 | [10](#) | NOTICE of appeal by Michael Black regarding orders **1** fee due. (air, ) (Entered: 01/14/2008) |
| 01/04/2008 | [3](#) | NOTICE of appeal by Michael Black regarding orders **1** (Fee Due) (dj, ) (Entered: 01/07/2008) |
| 01/04/2008 | [8](#) | POST MARKED envelope for notice of appeal by Michael Black (Document not scanned) (aew, ) (Entered: 01/14/2008) |
| 01/08/2008 | [4](#) | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 01/08/2008) |
| 01/08/2008 | [5](#) | TRANSMITTED to the 7th Circuit the short record on notice of appeal**3**. Notified counsel (dj, ) (Entered: 01/08/2008) |
| 01/08/2008 | [6](#) | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal**3** ; USCA Case No. 08-1049. (mjc, ) (Entered: 01/10/2008) |
| 01/08/2008 | [7](#) | CIRCUIT Rule 3(b) Notice. (mjc, ) (Entered: 01/10/2008) |