**FILED**
**JANUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                                          (312)435-5850


**To:** District Court Clerk's Office

**Re:** Notice of Docketing


The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 1/14/08 |
| Appellate Court No.: | 08-1107 |
| Short Caption: | In Re; Michael Black |
| District Court Judge: | Judge Holderman |
| District Court No.: | 07 C 7032 |


If you have any questions regarding this appeal, please call this office.



**cc:** **Brooke Wilson**