

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

January 25, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: In Re: Michael Black

U.S.D.C. DOCKET NO. : 07cv7032

U.S.C.A. DOCKET NO. : 08-08-1049, 08-1107

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)       **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

I, **MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: In Re: Michael Black.

USDC NO.    : 07cv7032

USCA NO.    : 08-1107, 08-1049

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 25th day of January, 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           A. Rone, Deputy Clerk

APPEAL

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07032
### Internal Use Only

| | |
|---|---|
| In re: Michael Black | Date Filed: 12/13/2007 |
| Assigned to: Executive Committee | Jury Demand: None |
| Case in other court: 08-01049 | Nature of Suit: 999 Miscellaneous Cases |
| 08-01107 | Jurisdiction: Federal Question |
| Cause: Civil Miscellaneous Case | |

**In Re**

**Michael Black**     represented by **Michael Black**
#11354-424
Devens - FMC
P.O. Box 880
Ayers, MA 01432
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | 1 | EXECUTIVE COMMITTEE ORDER: It appearing that Michael Black has repeatedly ignored orders by the Honorable Milton Shadur to case filings in 98 cr 434; and It is hereby ordered that Michael Black is prohibited from filing documents in 98cr434, 98cr434-9, 00cv3248. It is further ordered that Clerk shall cause a copy of this order to be mailed to Mr. Black at Ayers MA, the address given by Mr. Black in documents received on 11/19/07. Such mailing shall be by certified or registered mail, return receipt requested. Mailed notices by certified mail 7004 2510 0001 9569 3507. Signed by Judge Executive Committee on 12/13/2007. (amb, ) (Entered: 12/20/2007) |
| 12/13/2007 | | (Court only) ***Miscellaneous Case Terminated. (amb, ) (Entered: 12/20/2007) |
| 01/02/2008 | 2 | RETURN of U.S. Post Office Receipt received on 12/26/07, article number 7004 2510 0001 9569 3507. (mjc, ) (Entered: 01/04/2008) |

Page 1 of 2

| | | |
|---|---|---|
| 01/03/2008 | 9 | LETTER from Michael Black dated 12/27/07. (air, ) Document not scanned. (Entered: 01/14/2008) |
| 01/03/2008 | 10 | NOTICE of appeal by Michael Black regarding orders 1 fee due. (air, ) Document not scanned. (Entered: 01/14/2008) |
| 01/04/2008 | 3 | NOTICE of appeal by Michael Black regarding orders 1 (Fee Due) (dj, ) (Entered: 01/07/2008) |
| ~~01/04/2008~~ | ~~8~~ | ~~POST MARKED envelope for notice of appeal by Michael Black (Document not scanned) (aew, ) (Entered: 01/14/2008)~~ |
| ~~01/08/2008~~ | ~~4~~ | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 01/08/2008)~~ |
| ~~01/08/2008~~ | ~~5~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 3. Notified counsel (dj, ) (Entered: 01/08/2008)~~ |
| ~~01/08/2008~~ | ~~6~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 3 ; USCA Case No. 08-1049. (mjc, ) (Entered: 01/10/2008)~~ |
| ~~01/08/2008~~ | ~~7~~ | ~~CIRCUIT Rule 3(b) Notice. (mjc, ) (Entered: 01/10/2008)~~ |
| ~~01/14/2008~~ | ~~11~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 10. Notified counsel (air, ) (Entered: 01/14/2008)~~ |
| ~~01/15/2008~~ | ~~12~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 10 ; USCA Case No. 08-1107. (mjc, ) (Entered: 01/17/2008)~~ |
| ~~01/15/2008~~ | ~~13~~ | ~~CIRCUIT Rule 3(b) Notice. (mjc, ) (Entered: 01/17/2008)~~ |

KEY

All cross out items are not included in the record.
S/C: These items are sent under a separate certificate.
N/A: These items are not available.