UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS

**FILED**
JAN 2 3 2008
1-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL BLACK §
§
-Vs- §
§ CRIMINAL NO. 98-CR-434-9
§ APPEAL NO.: 07-CV-7032
§ HON. JAMES F. HOLDERMAN,
EXECUTIVE COMMITTEE. §      CHIEF JUSTICE.
———————————X———————————

APPELLANT'S MOTION PURSUANT TO
CIRCUIT RULE 10

   COMES NOW: The pro-se Appellant, Michael Black, who provided The District Court Clerk Michael W. Dobbins, Clerk for the United States District Court, Northern District of Illinois, 219 South Dearborn Street, with a descriptive list of Trial Transcripts, Records, Sentence Transcripts, trial Exhibits, that are part of the Record.

   Appellant Black, has specified in writing, items which are so required. As well, the date of request in accordance to Circuit Rule 10.

   All requested Documents, Trial Transcripts, Records, Sentence Transcripts, Trial Exhibits, and all related request, pursuant to Rule 10, can be located under 98-CR-434-91, (00-CV-3248), and related remedies on Motion, attacking sentence, held before the Honorable Milton I. Shadur, U.S. District Court Judge.

-1-

## DESCRIPTION LIST

1) Black's Trial Transcripts, Trial which was held on June 1999, before The Honorable Milton I Shadur. All matters related to Black.

2) Trial Transcripts of AUSA Patrick M. Collins and AUSA Theodore T. Chung, in which Patrick M. Collins and Theodore T. Chung, acted out the role of Black and Black's Co-defendent Emmanuel Foster to the Jury, during the Black's trial proceeding held on June 1999, before the Honorable Milton I. Shadur.

3) Black's sentencing Transcripts held on August 1999, Before The Honorable Milton I. Shadur.

4) Black's Sentencing Transcripts, in which Black is addressing the Court in relation to the Trial Proceeding Milton I. Shadur's sentencing transcripts, in which Judge Shadur response to Black, addressing the court, held on August 1999.

5) Blacks sentencing transcripts, in which Black address the Court as to his Medical Condition and Milton I. Shadur's response to Black's address to the Court on August 1999. (see): Medical Downward Departure Motion.

MICHAEL W. DOBBINS
U.S. DISTRICT COURT CLERK

Black started trial on June 1, 1999, Trial ended on June 6, 1999. Black was sentence on August 29, 1999. All matters can be located by proceeding held before Milton I. Shadur, District Court Judge.

Dated: 11/14/2008

Respectfully Submitted,

Michael Black, pro-se
Reg. No. 11354-424
F.M.C. Devens
P.O. Box 879
Ayer, Mass. 01432-0879