AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

FILED
JAN 2 3 2008
Jan 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael Black )  Appeal from the United States District Court for the
               )  Northern District of Illinois
               )
v.   Case No. 07CV7032 )  District Court No. 98-CR-434-9
               )  No. 08-1049
Exec. Comm    )  District Court Judge Milton I. Shadur
               )

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Michael Black

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 1/12/08

My issues on appeal are: In this present case the judgment given was beyond the jurisdiction of the Court, because it was against an express provision of the Constitution and basic fundamental principles of liberty and justice.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): See page 5 At.14 | $0 | $0 | $0 | $0 |
| Total monthly income: | $0 | $0 | $0 | $0 |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | Make & year: 0 |
| 0 | 0 | Model: 0 |
|   |   | Registration # 0 |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: 0 | 0 | 0 |
| Model: 0 | 0 | 0 |
| Registration # 0 | 0 | 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0 | $ 0 |
| Are real estate taxes included? [ ] Yes [ ] No  N/A | | |
| Is property insurance included? [ ] Yes [ ] No  N/A | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |

| | | |
|---|---|---|
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor vehicle | $ 0 | $ 0 |
| Other: N/A | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): N/A | $ 0 | $ 0 |
| Department store (name): N/A | $ 0 | $ 0 |
| Other: N/A | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [X] No  If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:

NO   Attorney
NO
NO

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No   If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:

N/A
N/A
N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I been in prison nearly 10 years, I can not work due to Congestive Heart Failure, and Complete paraplegic with no movement from the chest down. As well several other illness that prevent me from working.

13. State the address of your legal residence.

Michael Black #11354-424
P.O. Box 879
Ayer MA 01432    FMC Devens

Your daytime phone number: ( 0 ) N/A

Your age: 39   Your years of schooling: 11th

Your social-security number: 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

14. Over the last 10 years of imprisonment, Family and Friends from time to time has sent me money. I have no control over the time or the amounts. I have no money to speak of, nor do I have knowledge as to when or how, I will receive any. I am at the mercy of this Court, as to this matter as well the proceeding that are before this Court. However, I will pay such Fee's as soon as I receive any money. Please Accept the above statement as to my current level of Poverty. Michael Black #11354-424
P.O. Box 879
Ayer MA 01432
1/12/08

# Inmate Statement

| Inmate Reg #: | 11354-424 | Current Institution: | Devens FMC |
|---|---|---|---|
| Inmate Name: | BLACK, MICHAEL | Housing Unit: | DEV-P-C |
| Report Date: | 01/12/2008 | Living Quarters: | P03-261L |
| Report Time: | 12:15:51 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 1/8/2008 7:13:34 PM | TFN0108 | | | Phone Withdrawal | ($10.00) | | $0.33 |
| DEV | 1/8/2008 11:25:50 AM | TFN0108 | | | Phone Withdrawal | ($2.00) | | $10.33 |
| DEV | 1/8/2008 6:51:12 AM | 5 | | | Sales | ($57.70) | | $12.33 |
| DEV | 1/7/2008 6:11:07 PM | TFN0107 | | | Phone Withdrawal | ($5.00) | | $70.03 |
| DEV | 1/7/2008 5:23:37 PM | TFN0107 | | | Phone Withdrawal | ($3.00) | | $75.03 |
| DEV | 1/6/2008 12:10:11 AM | HICD1207-275 | | | Debt Encumbrance - Released | | $1.97 | -------- |
| DEV | 1/6/2008 12:10:11 AM | HICD1207-248 | | | Debt Encumbrance - Released | | $0.03 | -------- |
| DEV | 1/6/2008 12:10:11 AM | HICD1207 | | | Inmate Co-pay | ($2.00) | | $78.03 |
| DEV | 1/5/2008 8:12:18 PM | TFN0105 | | | Phone Withdrawal | ($20.00) | | $80.03 |
| DEV | 1/5/2008 5:12:17 AM | 70199101 | | | Lockbox - CD | $100.00 | | $100.03 |
| DEV | 1/5/2008 5:12:17 AM | HICD1207-275 | | | Debt Encumbrance | | ($1.97) | -------- |
| DEV | 12/28/2007 9:42:53 AM | HICD1207-248 | | | Debt Encumbrance | | ($0.03) | -------- |
| DEV | 12/27/2007 7:47:46 AM | TFN1227 | | | Phone Withdrawal | ($10.00) | | $0.03 |
| DEV | 12/23/2007 7:09:04 PM | TFN1223 | | | Phone Withdrawal | ($5.00) | | $10.03 |
| DEV | 12/23/2007 1:04:41 PM | TFN1223 | | | Phone Withdrawal | ($5.00) | | $15.03 |
| DEV | 12/22/2007 5:20:44 PM | TFN1222 | | | Phone Withdrawal | ($20.00) | | $20.03 |
| DEV | 12/22/2007 5:16:22 PM | 33306008 | | | Western Union | $40.00 | | $40.03 |
| DEV | 12/5/2007 5:28:50 PM | TFN1205 | | | Phone Withdrawal | ($11.00) | | $0.03 |
| DEV | 12/5/2007 7:25:06 AM | 15 | | | Sales | ($19.85) | | $11.03 |
| DEV | 12/4/2007 8:33:24 PM | TFN1204 | | | Phone Withdrawal | ($5.00) | | $30.88 |
| DEV | 12/4/2007 7:52:37 PM | TFN1204 | | | Phone Withdrawal | ($5.00) | | $35.88 |
| DEV | 12/2/2007 2:27:20 PM | TFN1202 | | | Phone Withdrawal | ($20.00) | | $40.88 |
| DEV | 12/1/2007 7:46:10 AM | TFN1201 | | | Phone Withdrawal | ($20.00) | | $60.88 |
| DEV | 11/30/2007 11:39:21 AM | 29 | | | Sales | ($9.80) | | $80.88 |
| DEV | 11/28/2007 9:27:20 PM | TFN1128 | | | Phone Withdrawal | ($5.00) | | $90.68 |
| DEV | 11/28/2007 6:58:25 AM | 7 | | | Sales | ($105.30) | | $95.68 |
| DEV | 11/22/2007 5:13:14 AM | 70196201 | | | Lockbox - CD | $200.00 | | $200.98 |
| DEV | 11/14/2007 6:47:25 AM | 1 | | | Sales | ($5.55) | | $0.98 |
| DEV | 11/13/2007 9:20:39 PM | TFN1113 | | | Phone Withdrawal | ($1.00) | | $6.53 |
| DEV | 11/13/2007 5:04:58 PM | TFN1113 | | | Phone Withdrawal | ($3.00) | | $7.53 |
| DEV | 11/11/2007 12:37:55 PM | TFN1111 | | | Phone Withdrawal | ($5.00) | | $10.53 |
| DEV | 11/10/2007 6:31:52 PM | TFN1110 | | | Phone Withdrawal | ($5.00) | | $15.53 |
| DEV | 11/9/2007 5:18:44 PM | TFN1109 | | | Phone Withdrawal | ($10.00) | | $20.53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 11/8/2007 6:45:16 PM | TFN1108 | | Phone Withdrawal | ($10.00) | $30.53 |
| DEV | 11/8/2007 10:44:33 AM | TFN1108 | | Phone Withdrawal | ($5.00) | $40.53 |
| DEV | 11/6/2007 9:22:08 PM | TFN1106 | | Phone Withdrawal | ($5.00) | $45.53 |
| DEV | 11/4/2007 5:21:33 PM | TFN1104 | | Phone Withdrawal | ($20.00) | $50.53 |
| DEV | 11/3/2007 10:38:33 PM | TFN1103 | | Phone Withdrawal | ($10.00) | $70.53 |
| DEV | 11/2/2007 11:23:58 AM | TFN1102 | | Phone Withdrawal | ($10.00) | $80.53 |
| DEV | 11/1/2007 12:10:32 AM | 4BUHD030 - 1 | | Debt Encumbrance - Released | $37.97 | -------- |
| DEV | 11/1/2007 12:10:32 AM | 4BUHD030 | 123 | PLRA Payment | ($37.97) | $90.53 |
| DEV | 10/31/2007 5:40:45 PM | TFN1031 | | Phone Withdrawal | ($1.00) | $128.50 |
| DEV | 10/31/2007 7:32:37 AM | 1 | | Sales | $38.40 | $129.50 |
| DEV | 10/31/2007 7:03:13 AM | 11 | | Sales | ($52.65) | $91.10 |
| DEV | 10/30/2007 5:15:24 PM | TFN1030 | | Phone Withdrawal | ($20.00) | $143.75 |
| DEV | 10/30/2007 9:10:16 AM | 31 | | Sales | ($38.40) | $163.75 |
| DEV | 10/23/2007 8:13:03 AM | 4 | | Sales | ($38.95) | $202.15 |
| DEV | 10/21/2007 5:19:37 AM | 70194002 | | Lockbox - CD | $50.00 | $241.10 |
| DEV | 10/21/2007 5:19:33 AM | 70194002 | | Lockbox - CD | $50.00 | $191.10 |
| DEV | 10/21/2007 5:19:30 AM | 70194002 | | Lockbox - CD | $50.00 | $141.10 |

1 2 3

Total Transactions: 128

Totals: ($270.47) $70.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $0.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.33 |
| Totals: | $0.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.33 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 11354424 |
| Inmate Name: | BLACK, MICHAEL |
| Report Date: | 01/12/2008 |
| Report Time: | 12:45:08 PM |

| | |
|---|---|
| Current Institution: | Devens FMC |
| Housing Unit: | DEV-P-C |
| Living Quarters: | P03-261L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 10/16/2007 9:05:59 AM | 38 | | | Sales | ($36.70) | | $91.10 |
| DEV | 10/14/2007 12:48:14 PM | TFN1014 | | | Phone Withdrawal | ($1.00) | | $127.80 |
| DEV | 10/13/2007 11:37:44 AM | TFN1013 | | | Phone Withdrawal | ($5.00) | | $128.80 |
| DEV | 10/11/2007 7:37:50 PM | TFN1011 | | | Phone Withdrawal | ($5.00) | | $133.80 |
| DEV | 10/9/2007 10:40:26 AM | TFN1009 | | | Phone Withdrawal | ($8.00) | | $138.80 |
| DEV | 10/9/2007 8:02:19 AM | 38 | | | Sales | ($31.65) | | $146.80 |
| DEV | 10/8/2007 12:18:28 PM | TFN1008 | | | Phone Withdrawal | ($10.00) | | $178.45 |
| DEV | 10/8/2007 12:00:21 PM | TFN1008 | | | Phone Withdrawal | ($10.00) | | $188.45 |
| DEV | 10/6/2007 6:43:21 PM | TFN1006 | | | Phone Withdrawal | ($10.00) | | $198.45 |
| DEV | 10/5/2007 11:09:40 AM | TFN1005 | | | Phone Withdrawal | ($8.00) | | $208.45 |
| DEV | 10/3/2007 7:05:12 AM | 13 | | | Sales | ($71.55) | | $216.45 |
| DEV | 10/2/2007 6:21:11 PM | 33300208 | | | Western Union | $100.00 | | $288.00 |
| DEV | 10/1/2007 6:52:31 PM | TFN1001 | | | Phone Withdrawal | ($12.00) | | $188.00 |
| DEV | 10/1/2007 6:24:12 AM | TFN1001 | | | Phone Withdrawal | ($10.00) | | $200.00 |
| DEV | 10/1/2007 5:11:47 AM | 70192603 | | | Lockbox - CD | $200.00 | | $210.00 |
| DEV | 10/1/2007 5:11:47 AM | 4BUHD030 - 1 | | | Debt Encumbrance | | ($37.97) | -------- |
| DEV | 10/1/2007 12:10:37 AM | 4BUHD030 - 932 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| DEV | 10/1/2007 12:10:37 AM | 4BUHD030 - 934 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| DEV | 10/1/2007 12:10:37 AM | 4BUHD030 | 6 | | PLRA Payment | ($10.20) | | $10.00 |
| DEV | 9/22/2007 11:39:45 AM | TFN0922 | | | Phone Withdrawal | ($9.00) | | $20.20 |
| DEV | 9/20/2007 12:15:19 PM | 98 | | | Sales | ($3.50) | | $29.20 |
| DEV | 9/20/2007 12:14:20 PM | 97 | | | Sales | ($7.30) | | $32.70 |
| DEV | 9/19/2007 8:27:21 PM | TFN0919 | | | Phone Withdrawal | ($10.00) | | $40.00 |
| DEV | 9/19/2007 10:41:34 AM | TFN0919 | | | Phone Withdrawal | ($10.00) | | $50.00 |
| DEV | 9/18/2007 11:50:08 AM | TFN0918 | | | Phone Withdrawal | ($10.00) | | $60.00 |
| DEV | 9/18/2007 12:10:15 AM | GICD0807 - 933 | | | Debt Encumbrance - Released | | $2.00 | -------- |
| DEV | 9/18/2007 12:10:15 AM | GICD0807 | | | Inmate Co-pay | ($2.00) | | $70.00 |
| DEV | 9/17/2007 10:03:25 PM | TFN0917 | | | Phone Withdrawal | ($8.00) | | $72.00 |
| DEV | 9/17/2007 11:08:30 AM | TFN0917 | | | Phone Withdrawal | ($20.00) | | $80.00 |
| DEV | 9/17/2007 5:13:13 AM | 70191603 | | | Lockbox - CD | $50.00 | | $100.00 |
| DEV | 9/17/2007 5:13:13 AM | 4BUHD030 - 934 | | | Debt Encumbrance | | ($10.00) | -------- |
| DEV | 9/17/2007 5:13:07 AM | 70191603 | | | Lockbox - CD | $50.00 | | $50.00 |
| DEV | 9/17/2007 5:13:07 AM | GICD0807 - 933 | | | Debt Encumbrance | | ($2.00) | -------- |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 9/17/2007 5:13:07 AM | 4BUHD030 - 932 | Debt Encumbrance | | ($10.00) | -------- |
| DEV | 8/1/2007 6:35:18 AM | TFN0801 | Phone Withdrawal | ($10.00) | | $0.00 |
| DEV | 8/1/2007 12:10:50 AM | 4BUHD030 - 783 | Debt Encumbrance - Released | | $10.00 | -------- |
| DEV | 8/1/2007 12:10:50 AM | 4BUHD030 - 737 | Debt Encumbrance - Released | | $8.00 | -------- |
| DEV | 8/1/2007 12:10:50 AM | 4BUHD030 - 781 | Debt Encumbrance - Released | | $8.00 | -------- |
| DEV | 8/1/2007 12:10:50 AM | 4BUHD030   950 | PLRA Payment | ($16.95) | | $10.00 |
| DEV | 7/25/2007 10:09:35 PM | TFN0725 | Phone Withdrawal | ($1.00) | | $26.95 |
| DEV | 7/25/2007 7:00:56 AM | 10 | Sales | ($28.35) | | $27.95 |
| DEV | 7/24/2007 10:04:11 PM | TFN0724 | Phone Withdrawal | ($5.00) | | $56.30 |
| DEV | 7/24/2007 10:45:55 AM | TFN0724 | Phone Withdrawal | ($15.00) | | $61.30 |
| DEV | 7/23/2007 11:13:20 AM | TFN0723 | Phone Withdrawal | ($20.00) | | $76.30 |
| DEV | 7/23/2007 12:10:02 AM | GICD0707 - 782 | Debt Encumbrance - Released | | $1.70 | -------- |
| DEV | 7/23/2007 12:10:02 AM | GICD0707 - 776 | Debt Encumbrance - Released | | $0.30 | -------- |
| DEV | 7/23/2007 12:10:02 AM | GICD0707 | Inmate Co-pay | ($2.00) | | $96.30 |
| DEV | 7/22/2007 5:19:40 AM | 70187702 | Lockbox - CD | $50.00 | | $98.30 |
| DEV | 7/22/2007 5:19:40 AM | 4BUHD030 - 783 | Debt Encumbrance | | ($10.00) | -------- |
| DEV | 7/22/2007 5:19:31 AM | 70187702 | Lockbox - CD | $40.00 | | $48.30 |

1 2 3

Total Transactions: 128

Totals:  ($270.47)   $70.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $0.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.33 |
| Totals: | $0.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.33 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |