

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 12, 2008

To:    Michael Dobbins
       UNITED STATES DISTRICT COURT
       Northern District of Illinois
       Chicago 60604-0000

**FILED**
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1049 | IN RE:<br>MICHAEL BLACK,<br>Plaintiff - Appellant |
|---|---|

District Court No: 1:07-cv-07032
Northern District of Illinois, Eastern Division
Clerk/Agency Rep Michael Dobbins
District Judge James Holderman
Court Reporter Brooke Wilson

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        Record retained for use in case
                                 no. 08-1107

If the RECORD is being RETAINED for use in another case ENTER case number here:    08-1107  $a^a$

Pleadings:    1

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_____                          _____

form name: c7_Mandate (form ID: 135)