**CERTIFIED COPY**

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

*FILED May 12 2008 ae*
*MAY 1 2 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

March 18, 2008

*Before*

Hon. Richard A. Posner, *Circuit Judge*
Hon. Daniel A. Manion, *Circuit Judge*
Hon. Ann Claire Williams, *Circuit Judge*

| | |
|---|---|
| IN RE:<br>    MICHAEL BLACK.<br><br>MICHAEL BLACK,<br>    Plaintiff-Appellant,<br><br>No. 08-1049      v.<br><br>EXECUTIVE COMMITTEE OF THE UNITED<br>STATES DISTRICT COURT FOR THE<br>NORTHERN DISTRICT OF ILLINOIS,<br>    Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 7032<br>]<br>] James F. Holderman,<br>]    Chief Judge.<br>]<br>]<br>] |

<u>O R D E R</u>

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED as unnecessary.

This appeal duplicates an earlier appeal filed on January 3, 2008, and docketed in this court as Appeal No. 08-1107. Only one appeal is necessary. *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994).