## United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: July 3, 2008

TO: District Court Clerk

RE: Notice to transmit the record



No. 08-1107

IN RE:
    MICHAEL BLACK,
        Plaintiff - Appellant

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 7032, James F. Holderman, Chief Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)